IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 95-40949
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellant,

versus

MIGUEL HERNANDEZ-MARTINEZ,

Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 95-CR-105-1
- - - - - - - - - -
August 20, 1996

Before SMITH, DUHÉ, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Miguel Hernandez-Martinez appeals his conviction for possession with intent to distribute and importation of more than five kilograms of cocaine, arguing there was insufficient evidence to convict him. We have reviewed the record and determined that when the evidence is viewed in the light most

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

favorable to the jury's verdict, a rational trier of fact could have found each element of the crime beyond a reasonable doubt. See United States v. Resio-Trejo, 45 F.3d 907, 911 (5th Cir. 1995).

AFFIRMED.